UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MILAGRO BEATRIZ ERASO-
SARAVIA,

             Petitioner,

    v.

WARDEN OF THE ADELANTO
ICE PROCESSING CENTER,

             Respondent.

_____

)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-01321-SB-E

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for writ of habeas corpus, all of the records herein, and the Report and Recommendation (R&R) of United States Magistrate Judge, which recommends enjoining Respondents from removing Petitioner to a third country without giving Petitioner an opportunity for a hearing. The Court ordered that any objections to the R&R be filed by May 4, 2026, and none have been filed. The Court therefore accepts the findings and recommendations set forth in the report.

In prior cases involving third-country removals, this Court has entered a permanent injunction, using language approved by the government, requiring compliance with applicable law. The Court accordingly orders the government not to remove Petitioner to a third country unless it complies with the following procedures:

1. Before removal occurs, Petitioner will be given a meaningful opportunity to raise any fear-based claim for protection. *See* 8 U.S.C. § 1231(b)(2); *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976).

2.  If Petitioner expresses a fear of removal to the designated country, Respondents shall refer him for appropriate protection screening and proceedings in accordance with 8 U.S.C. § 1231(b)(3) and the applicable regulations governing withholding of removal and protection under the Convention Against Torture. *See* 8 C.F.R. § 208.31.  Respondents shall afford Petitioner a meaningful opportunity to present such claims and shall not remove Petitioner to that country unless and until those procedures are completed, and a final determination has been made that removal is lawful.  *See id.*

Any party objecting to this additional relief may file a motion for reconsideration by no later than May 22, 2026.  Otherwise, judgment will be entered consistent with this order.

DATED: May 6, 2026

_____
Stanley Blumenfeld Jr.
United States District Judge