JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TORRES RAMIREZ FABIAN,

             Petitioner,

      v.

DHS et al,

             Respondent.

Case No. 5:26-cv-01321-SB-E

FINAL JUDGMENT

The Court granted Petitioner's petition for habeas corpus and entered a permanent injunction, ordering any party that objected to the injunctive relief to file a motion for reconsideration by May 15, 2026. Dkt. No. 9. Neither party has objected. Accordingly, for the reasons stated in the order granting the petition, the Court orders as follows:

The government is enjoined and restrained from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R. § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

This is a final judgment.

Dated: May 19, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge