JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MILAGRO BEATRIZ ERASO-SARAVIA,

               Petitioner,

      v.

WARDEN OF ADELANTO ICE

PROCESSING CENTER,

               Respondent.

Case No. 5:26-cv-01321-SB-E

CORRECTED FINAL JUDGMENT

The Court accepted the findings and recommendations of the Magistrate Judge and entered a permanent injunction, ordering any party that objected to the injunctive relief to file a motion for reconsideration by May 22, 2026.  Dkt. No. 10. Neither party has objected.  Accordingly, for the reasons stated in the Court's order entering the injunction, the Court orders as follows:

1. Before removal occurs, Petitioner will be given a meaningful opportunity to raise any fear-based claim for protection. *See* 8 U.S.C. § 1231(b)(2); *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976)**.**

2. If Petitioner expresses a fear of removal to the designated country, Respondents shall refer him for appropriate protection screening and proceedings in accordance with 8 U.S.C. § 1231(b)(3) and the applicable regulations governing withholding of removal and protection under the Convention Against Torture.  *See* 8 C.F.R. § 208.31. Respondents shall afford Petitioner a meaningful opportunity to present such claims and shall not remove Petitioner to that country unless and until those procedures are completed, and a final determination has been made that removal is lawful.  *See id.*

This is a final judgment.[1]

Dated:  May 19, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

---

[1] The Court strikes Dkt. No. 11, which pertains to an unrelated case and was entered on this docket in error.

2